PROB 12B
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 08 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gerald Lloyd Wooley                Case Number: 2:02CR00112-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 1/21/2003                 Type of Supervision: Supervised Release

Original Offense: Manufacture of More Than 50        Date Supervision Commenced: 7/29/2003
Marijuana Plants, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 5 Months;                Date Supervision Expires: 7/28/2007
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19.   You shall reside in a community corrections center for a period of up to 120 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On December 6, 2005, the undersigned officer contacted Mr. Wooley at his residence. During an inspection of Mr. Wooley's residence, codefendant Henderson Wallen was located hiding in a bedroom. Mr. Wallen is also supervised by the undersigned officer, and Your Honor issued a warrant for his arrest on November 2, 2005. Mr. Wooley has failed to maintain stable employment since September 2005. As the Court may recall, Mr. Wooley last appeared before the Court on July 1, 2005, at which time he was permitted to continue on supervision pending his compliance, specifically with mental health counseling. He is no longer attending mental health counseling. In the discharge summary from mental health counselor Connie Silk, it is noted that Mr. Wooley did not take the counseling very seriously, and only attended because he had to.

Prob 12B
**Re: Wooley, Gerald Lloyd**
**December 7, 2005**
**Page 2**

Given the defendant's lack of compliance and failure to maintain stable employment, CCC placement appears appropriate. It is the undersigned officer's opinion that this is an appropriate sanction that will allow close monitoring by the probation office and assist Mr. Wooley with employment opportunities. Mr. Wooley has agreed with this modification and has signed the attached waiver of hearing to modify his conditions. Additionally, should your Honor concur with this modification, it is respectfully recommended that the defendant not be placed at the CCC until after December 25, 2005.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: December 7, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

December 7, 2005

Date