PROB 12B
(7/93)

Report Date: November 8, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gerald Lloyd Wooley                Case Number: 2:02CR00112-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 01/21/2003               Type of Supervision: Supervised Release

Original Offense: Manufacture of More Than 50        Date Supervision Commenced: 07/29/2003
Marijuana Plants, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 5 Months;                Date Supervision Expires: 07/28/2007
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On September 14, 2006, Your Honor signed a modification for Mr. Wooley modifying his conditions of supervision to include a 180-day placement on home confinement, abstain from alcohol and illegal controlled substances, and prohibiting him from going to establishments where alcohol is the primary item of sale. The modification was a result of Mr. Wooley's arrest for driving while under the influence of intoxicants that occurred on August 17, 2006.

On November 7, 2006, the undersigned officer conducted an unannounced home contact at Mr. Wooley's residence. Upon arrival at the residence, he was observed picking up beer cans and attempting to conceal them. When speaking with Mr. Wooley, he exhibited obvious signs of intoxication to include slurred speech, swaying while standing, and the smell of alcohol emitted from his person. He submitted to a portable Breathalyzer test administered by this officer which yielded positive results for alcohol at a level of .144. Additionally, he admitted to consuming a six pack of beer. He was then directed to report to the probation office the following day.

Mr. Wooley reported to the probation office on November 8, 2006, at which time he was verbally reprimanded for his noncompliant actions. He was further informed that his ongoing violations of supervised release would not be tolerated. He signed the attached waiver of hearing to modify conditions to include 180 days residential reentry center placement. He was further informed if the Court concurs with this modification, he will only be permitted to go to work and attend treatment while at the residential reentry center.

Respectfully submitted,

by /s/ Richard B. Law

Richard B. Law
U.S. Probation Officer
Date: November 8, 2006

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Fred Van Sickle
Signature of Judicial Officer

November 12, 2006
Date